# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

<u>MANHATTAN</u>
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

August 4, 2020

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    *United States v. Jimenez, et al.*
       <u>Docket No.: 18-CR-879</u>

Dear Judge Stein:

I am counsel to Defendant Ireline Nunez. I write to request that the Court modify Ms. Nunez's conditions of release to permit her to travel to the Middle District of Pennsylvania, and points in between, from August 28 – 30, 2020, to visit with members of her extended family. If permitted to travel, Ms. Nunez and her family would stay at 364 Minsi Trail West, Long Pond, PA 18334.

I have spoken to Pretrial Services, by Officer Erin Cunningham, and the government, by AUSA Daniel Nessim, Esq., and neither objects to this request.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

cc:    AUSA Daniel Nessim
       AUSA Ni Qian
       PTSO Erin Cunningham

**Application granted.**

**Dated:  New York, New York
August 5, 2020**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.