# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

<u>MANHATTAN</u>
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

October 15, 2020

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDIORSED**

Re:   *United States v. Jimenez, et al.*
      <u>Docket No.: 18-CR-879 (SHS)</u>

Dear Judge Stein:

I am counsel to Defendant Ireline Nunez. At the suggestion of Mr. Nunez's Pretrial Services Officer, I write to request that the Court modify Ms. Nunez's conditions of release to permit her to report to Pretrial Services via web only reporting.

By way of background, on November 14, 2018, the Hon. Barbara C. Moses ordered Ms. Nunez released on a $150,000 personal recognizance bond secured by the signatures of two financially responsible persons. Ms. Nunez's pretrial supervision was to be as directed by Pretrial Services, and her travel was limited to the Southern and Eastern Districts of New York. Since her release 23 months ago, Ms. Nunez has remained fully compliant with all of the terms of her release.

I have spoken to the government, by AUSA Daniel Nessim, Esq., and they do not object to this request.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

Cc:   AUSA Daniel Nessim, Esq.
      PTSO Erin Cunningham

**Request granted.**

Dated:  New York, New York
        October 16, 2020

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.