# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

<u>MANHATTAN</u>
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

January 21, 2021

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jimenez, et al.*
       <u>Docket No.: 18-CR-879 (SHS)</u>

Dear Judge Stein:

I am counsel to Defendant Ireline Nunez. I write to request that the Court modify Ms. Nunez's conditions of release to permit her to travel to the Middle District of Pennsylvania from January 29 to February 1, 2021.

Ms. Nunez wishes to travel for a small family get together to celebrate her niece's birthday. If permitted to travel, Ms. Nunez would stay at Camelback Resort, located at 193 Resort Drive, Tannersville, PA 18372.

By way of background, on November 14, 2018, the Hon. Barbara C. Moses ordered Ms. Nunez released on a $150,000 personal recognizance bond secured by the signatures of two financially responsible persons. Ms. Nunez's pretrial supervision was to be as directed by Pretrial Services, and her travel was limited to the Southern and Eastern Districts of New York. The Court has since extended Ms. Nunez's travel perimeter to include the District of New Jersey. Since her release 26 months ago, Ms. Nunez has remained fully compliant with all of the terms of her release.

I have spoken to the government, by AUSA Ni Qian, Esq., and they do not object to this request. Pretrial Services, by Officer Madalyn Toledo, takes no position on this request, but notes Ms. Nunez's continued compliance with supervision.

Your Honor's consideration is greatly appreciated.

2

        Respectfully submitted,

        */s/ Edward V. Sapone*
        Edward V. Sapone

Cc:    AUSA Ni Qian, Esq.
        AUSA Daniel Nessim, Esq.
        PTSO Madalyn Toledo

**Application granted.**

**Dated: New York, New York**
        **January 21, 2021**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.